**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY MAESTAS,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILLIPS,<br><br>  Defendant. | No. 1:23-cv-00467-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE<br><br>(Doc. 7) |

The assigned Magistrate Judge screened the complaint and issued findings and recommendations that this action be dismissed as a duplication of *Maestas v. Officer Belt*, Case No. 1:23-cv-00418-HBK ("*Maestas I*") and *Maestas v. CSATF Prison*, Case No. 1:23-cv-00419-EPG ("*Maestas II*"). (Doc. 7.) The Court served the findings and recommendations on Plaintiff. It also notified the parties that any objections thereto were to be filed within 14 days after service. (*Id.* at 5.) Plaintiff lodged a first amended complaint and filed objections. (Docs. 8, 9.)

In his objections, Plaintiff suggests that prison law library staff may have filed his paperwork twice but appears to argue that this was a mistake, and he is shocked that the Court found that his case was duplicative. (Doc. 9.) Plaintiff further suggests that staff may have filed his case twice out of malice or incompetence. (*Id.*) However, a review of the proposed first amended complaint merely confirms the Magistrate Judge's findings that this case raises the same allegations against Officer Belt that Plaintiff has already raised in *Maestas I*. (Doc. 8.) In fact,

1

Plaintiff explicitly refers to that case number and states that he has copied his allegations into the proposed first amended complaint in this action.  (*Id.* at 1.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections and proposed first amended complaint, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 31, 2023, (Doc. 7), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, as duplicative.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2023**

UNITED STATES DISTRICT JUDGE

2